IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 11 B 48948 |
| RANDY C. CORBIN and KAREN CORBIN, | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: November 28, 2012 |
| Debtors. | ) | Motion Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on Tuesday, November 28, 2012, at the hour of 9:30 a.m., the **FINAL APPLICATION FOR COMPENSATION OF COUNSEL FOR THE DEBTORS** shall be heard by Honorable Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Final Application for Compensation of Counsel for the Debtors were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on November 1, 2012.

/s/ *Robert R. Benjamin*
Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtors
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

{00143231.DOC /}

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Via CM/ECF

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via Regular Mail

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Regular Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Regular Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
(*Contested Matters)
Via Regular Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via Regular Mail

MetLife Home Loans, a division of
MetLife Bank, N.A.
c/o Yanick Polycarpe
Pierce and Associates, P.C.
1 N. Dearborn St., Ste. 1300
Chicago, IL 60602
Via Regular Mail

Northbrook Bank & Trust
c/o Francis J. Pendergast, III
Crowley & Lamb
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1206
Via Regular Mail

First Midwest Bank
c/o Kristine Kolky
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL 60611
Via Regular Mail

ONEWEST BANK, F.S.B.
c/o Andrew J. Nelson
Pierce & Associates, P.C.
1 N. Dearborn St., Ste. 1300
Chicago, IL 60602
Via Regular Mail

BB&T Mortgage Payment Center
PO Box 580022
Charlotte, NC 28258
Via Regular Mail

BB&T
PO Box 1847
Wilson, NC 27894
Via Regular Mail

| | |
|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>Via Regular Mail | BJ's<br>Business Card Services<br>P.O. Box 23066<br>Columbus, GA 31902-3066<br>Via Regular Mail |
| Cook County Treasurer<br>118 N. Clark St., #112<br>Chicago, IL 60602<br>Via Regular Mail | Chase Card Services<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE 19886<br>Via Regular Mail |
| Corbin Venture 2, LLC<br>5345 W. Madison<br>Chicago, IL 60644<br>Via Regular Mail | Corbin Venture 1, LLC<br>5345 W. Madison<br>Chicago, IL 60644<br>Via Regular Mail |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>Via Regular Mail | Crowley & Lamb, P.C.<br>221 North LaSalle Street<br>Suite 1550<br>Chicago, IL 60601<br>Via Regular Mail |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>Via Regular Mail | First Chicago Bank & Trust<br>1145 N. Arlington Heights Rd.<br>Itasca, IL 60143<br>Via Regular Mail |
| IndyMac Mortgage Services<br>P.O. Box 78826<br>Phoenix, AZ 85062<br>Via Regular Mail | Hoffman Burial Supplies, Inc.<br>PO Box 3742<br>Peoria, IL 61612<br>Via Regular Mail |
| John D. Randle<br>1841 Longfellow Ct.<br>Berkeley, IL 60163<br>Via Regular Mail | ING Direct USA<br>PO Box 60<br>Saint Cloud, MN 56302<br>Via Regular Mail |
| Lexus Financial Services<br>PO Box 4102<br>Carol Stream, IL 60197-4102\<br>Via Regular Mail | Lake Forest Casket, Inc.<br>1208 W. Capitol Dr.<br>Addison, IL 60101<br>Via Regular Mail |

Sallie Mae
PO Box 9435
Wilkes Barre, PA 18773
Via Regular Mail

Sears Credit Card
P.O. Box 183082
Columbus, OH 43218
Via Regular Mail

The Lakes Crematory
500 Park Ave., Ste. 106
Lake Villa, IL 60046
Via Regular Mail

Wells Fargo Bank N.A.
100 W. Washington Street
Phoenix, AZ 85003
Via Regular Mail

William A. Bronec, Ltd.
241 Lawton Rd.
Riverside, IL 60546
Via Regular Mail

Loyal Casket Company
134 S. California Ave.
Chicago, IL 60612
Via Regular Mail

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710
Via Regular Mail

Toyota Motor Credit Corporation
PO BOX 8026
Cedar Rapids, IA 52408-8026
Via Regular Mail

Randy & Karen Corbin
1840 Longfellow Ct
Berkeley, IL 60163
Via Regular Mail

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 11 B 48948 |
| RANDY C. CORBIN and KAREN CORBIN, | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: November 28, 2012 |
| Debtors. | ) | Motion Time: 9:30 a.m. |

### FINAL INTERIM APPLICATION FOR COMPENSATION OF COUNSEL FOR THE DEBTORS

Debtors, RANDY C. CORBIN and KAREN CORBIN ("Debtors"), and their attorneys, Robert R. Benjamin and Beverly A. Berneman of GOLAN & CHRISTIE, LLP ("G&C"), move this Court for an order approving the payment of final fees in the amount $20,414.00 for services rendered from May 4, 2012 to October 10, 2012 and the costs of preparing this fee petition in the amount of $1,400.00 for a total of $21,814.00 plus expenses in the amount of $534.55 and in support thereof states as follows:

### I. JURISDICTION

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §157 and §1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

### II. GENERAL BACKGROUND

On December 5, 2011, (the "Petition Date"), Debtors filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code.

On December 27, 2011, this Court entered an order allowing the retention of Robert R. Benjamin, Beverly A. Berneman and Caren A. Lederer as counsel for the Debtors relating back to December 5, 2011.

### III. CASE STATUS

Debtors are individuals who are married to each other. Debtors had holdings in numerous investment properties. With the downturn in the economy in 2008, Debtors' equity in their properties plummeted. Therefore, Debtors were forced to file the above captioned case.

Debtors' Plan and Disclosure Statement dated July 31, 2012 were approved by this Court on October 10, 2012.

### IV. DESCRIPTION OF THE APPLICATION FOR COMPENSATION

A. <u>General Information.</u> Rule 2016(a) of the Bankruptcy Rules requires a detailed application for fees. The primary objective of this fee application is to reveal sufficient information to enable the court to determine whether the services rendered in representing the Debtors were reasonable, actual and necessary. G&C has provided accurate and detailed records of the services which were made contemporaneously with the services performed. *In re Chicago Lutheran Hospital Association*, 89 B.R. 719 (Bkrtcy.N.D.Ill. 1988); *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

The statement of services includes a summary, by category, of the work done and time expended in each category. Much care has been taken to properly categorize the activities to the degree possible. Billing judgment was used to exclude hours which were excessive, redundant or otherwise unnecessary. *Hensley v. Eckerhart*, 461 U.S. 424, 76 L.Ed.2d 40, 103 S.Ct. 1933 (1983); In *re Temple Retirement Community, Inc.*, 97 B.R. 333 (Bkrtcy. W.D.Tex. 1989); *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

B. <u>Billing Entries.</u> G&C uses computerized time and billing software in the preparation of a fee petition. This final fee petition contains a narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity. It contains a statement explaining the significance of the activity as well as the

purpose, necessity and appropriateness of each such service. Where appropriate, it contains a statement of the effectiveness of the activity, alternatives considered, method for choosing the action taken, a statement of any difficult or unusual problems which arose in the case and the manner in which it was addressed. *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

      C.      Hourly Charges. G&C charges all clients, including for non-bankruptcy matters, $480.00 per hour for partner attorney time in court; $350.00 per hour for other partner attorney time, $240.00 per hour for associate time, $150.00 per hour for travel time and $80.00 per hour for paralegal time.

### V. BANKRUPTCY LOCAL RULE 5081-1 COMPLIANCE

Bankruptcy Local Rule 5081-1 governs applications for compensation and reimbursements for professional services in cases under Chapter 11. Counsel provides the following discussion in compliance with Bankruptcy Local Rule 5081-1.

### A. COVER SHEET
### *[LOCAL RULE 5082-1(A)]*

Counsel filed a cover sheet required by Local Rule 5082-1(A) simultaneously with the filling of this application for compensation.

### B. NARRATIVE SUMMARY
### SUMMARY LIST OF ALL PRINCIPAL ACTIVITIES AND SUMMARY
### OF TOTAL COMPENSATION REQUESTED IN CONNECTION WITH EACH ACTIVITY
### *[Local Rule 5082-1(B)(1)(a)]*

The summary of all activities is as follows:

| Activity Code | Description of Activity | Invoice Hours | Totals |
|---|---|---|---|
| ADM | Administration | 6.90 | 2,480.00 |
| FEE | Fee Petition | 3.50 | 1,400.00 |
| FIN | Financing | 2.50 | 825.00 |
| PLAN | Plan | 47.50 | 17,109.00 |
| **TOTAL** | | **60.40** | **21,814.00** |

### C. NARRATIVE SUMMARY
*SUMMARY OF ALL PRINCIPAL ACTIVITIES INCLUDING DETAILS AND DESCRIPTION OF EACH TASK AND ACTIVITY AND TOTAL COMPENSATION SOUGHT IN THE APPLICATION, HOURLY RATE FOR EACH PROFESSIONAL WITHIN EACH ACTIVITY AND NAME AND POSITION OF EACH PROFESSIONAL*
*[Local Rules 5082-1(B)(1)(b) and (d)]*

From May 4, 2012 to October 10, 2012, the Debtors have incurred $20,414.00[1] in fees at G&C's customary hourly fee rates, as is more fully set forth in Exhibit A.

The billing rates for each attorney and paraprofessional are identified in Exhibit A and in section V.E. below.

The following is a detailed narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity:

1. *ADMINISTRATION*

The activities in the general administration category are those activities which are a necessary part of the representation of the Debtors, such as communications with the Debtors regarding the Debtors' operations, reviewing court proceedings, reviewing monthly operating reports and other court filings, responding to inquiries from creditors, communicating the United States Trustee's office regarding issues related to the case and retention of professionals.. The benefits of these services to the Debtors and their estate were both economic and non-economic. The economic

---

[1] Exclusive of fees incurred in preparation of this fee petition in the amount of $1,400.00.

{00143231.DOC /}-7-

benefits resulted in the Debtors operating smoothly during the reorganization process and assuring their compliance with the administrative requirements of a Chapter 11 Debtors. The remainder of the services was of non-economic benefit to the Debtors by promoting the bankruptcy process and the smooth administration of the cases.

An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit A. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 0.50 | 480.00 | 240.00 |
| Robert R. Benjamin (RRB) | Partner | 6.40 | 350.00 | 2,240.00 |
| **Total** | | **6.90** | | **$2,480.00** |

2.  *FINANCING*

Some of Debtors' real properties are encumbered by a perfected security interest which also included cash collateral. Counsel for the Debtors negotiated orders with the secured creditor to insure that the Debtors would have the use of cash collateral during its Chapter 11 operations. These services benefited the estate on an economic basis by preserving rights in funds needed for the Debtors' operations. These services benefitted the estate on a non-economic basis by protecting the estate.

An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit A. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 1.20 | 350.00 | 420.00 |
| Beverly A. Berneman (BAB) | Partner | 0.80 | 350.00 | 280.00 |
| Anthony J. D'Agostino (AJD) | Associate | 0.50 | 250.00 | 125.00 |
| **Total** | | **2.50** | | **$825.00** |

3.  *PLAN*

Counsel worked with Debtors to develop a plan and draft a disclosure statement to accompany the plan. The plan drafting process involved determining various factors that affected a fair and equitable distribution to creditors including determining the equity in Debtors' real and personal property and Debtor's projected future income from wages and well as investment properties. This Court has now confirmed Debtor's Amended Plan and approved their Amended Disclosure Statement dated July 31, 2012. The services benefited the estate on an economic basis by developing a plan that will maximize the distribution to creditors while allowing the Debtors to emerge from Chapter 11. The services benefitted the estate on a non-economic basis by protecting the estate.

An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit A. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 3.30 | 480.00 | 1,584.00 |
| Robert R. Benjamin (RRB) | Partner | 11.30 | 350.00 | 3,955.00 |
| Beverly A. Berneman (BAB) | Partner | 0.50 | 480.00 | 240.00 |
| Beverly A. Berneman (BAB) | Partner | 32.30 | 350.00 | 11,305.00 |
| Anthony J. D'Agostino (AJD) | Associate | 0.10 | 250.00 | 25.00 |
| **Total** | | **47.50** | | **$17,109.00** |

D. NARRATIVE SUMMARY
STATEMENT OF TIME AND TOTAL COMPENSATION SOUGHT IN THE
APPLICATION FOR PREPARATION OF CURRENT OR
PRIOR APPLICATION FOR COMPENSATION
*[Local Rules 5082-1(B)(1)(c)]*

G&C requests reimbursement for the preparation of this Final Fee Petition. G&C has constructed this detailed analysis of the fee petition as an aid to the Court and the creditors in determining the reasonableness of the fees requested. Counsel reviewed the fee entries and conducted a "business judgment" audit to insure that the fees requested were reasonable and necessary to the administration of the estate.

An itemized breakdown of the time expended in preparing this Final Fee Petition is attached hereto as Exhibit B. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 4.00 | 350.00 | 1,400.00 |
| **Total** | | **4.00** | | **$1,400.00** |

### E. NARRATIVE SUMMARY
### HOURLY RATE FOR EACH PROFESSIONAL FOR WHOM COMPENSATION IS REQUESTED AND TOTAL NUMBER OF HOURS EXPENDED BY EACH PERSON AND TOTAL COMPENSATION SOUGHT FOR EACH
### *[Local Rules 5082-1(B)(1)(d)]*

The summary of each professional and the compensation appears in the Detailed Statements of Services which was attached as Exhibits A and B to the final fee petition. The summary is as follows:

| Name (Initials) | Position | Hours | Rates | Total |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 18.90 | 350.00 | 6,615.00 |
| Robert R. Benjamin (RRB) | Partner | 3.80 | 480.00 | 1,824.00 |
| Beverly A. Berneman (BAB) | Partner | 33.10 | 350.00 | 11,585.00 |
| Beverly A. Berneman (BAB) | Partner | 0.50 | 480.00 | 240.00 |
| Anthony J. D'Agostino (AJD) | Associate | 0.60 | 250.00 | 150.00 |
| TOTAL | | 56.90 | | 20,414.00 |

### F. NARRATIVE SUMMARY
### STATEMENT OF COMPENSATION PREVIOUSLY SOUGHT AND ALLOWED
### *[Local Rules 5082-1(B)(1)(f)]*

This is applicant's final fee petition.

### G. NARRATIVE SUMMARY
### TOTAL AMOUNT OF EXPENSES FOR WHICH REIMBURSEMENT IS SOUGHT
### *[Local Rules 5082-1(B)(1)(g)]*

G&C seeks reimbursement for out of pocket expenses in the amount of $534.55 consisting of the filing fee, copies and overnight mail fees.

### H. NARRATIVE SUMMARY
### STATEMENT AS TO WHETHER THE REQUESTED FEES AND EXPENSES ARE SOUGHT TO BE ALLOWED OR BOTH ALLOWED AND PAID
### [Local Rules 5082-1(B)]

Counsel requests that the fees and expenses sought herein be allowed and paid. There is no retainer being held by Counsel.

### VI. CERTIFICATION

G&C certifies that it has hereby served a copy of the chronological itemization of services rendered to the Debtors. To date, G&C has not received an objection to the fees.

### VII. THE VALUE OF THE SERVICES FOR WHICH COMPENSATION IS SOUGHT AND PRESERVATION OF THE RETAINER

Section 330(a) of the Bankruptcy Code provides:

(a) After notice to any parties in interest and to the United States trustee and a hearing, and subject to sections 326, 328 and 329 of this title, the court may award to a trustee, to an examiner, to a professional person employed under section 327 or 1003 of this title, or to the Debtors' attorney:

(1) reasonable compensation for actual, necessary services rendered by such trustee, examiner, professional person, or attorney, as the case may be, and by any paraprofessional persons employed by such trustee, professional person, or attorney, as the case may be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a cases under this title; and

(2) reimbursement for actual, necessary expenses.

The Bankruptcy Court has the independent authority and responsibility to determine the reasonableness of all fee requests, whether or not objections are filed. *In re Spanjer Brothers, Inc.,* 203 B.R. 85 (Bkrtcy. N.D.Ill., 1996); *In re Pettibone Corporation,* 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987). The burden of proof is on the applicant to show that the fees incurred were actual and necessary. *In re Spanjer Brothers, Inc.,* 203 B.R. 85, 89 (Bkrtcy. N.D.Ill., 1996); *In re Chicago*

*Lutheran Hospital Association*, 89 B.R. 719 (Bkrtcy.N.D.Ill. 1988); *In re Pettibone Corporation*, 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987).

The representation of the Debtors adequately corresponds with the time and labor expended by G&C. The various issues involved required experienced bankruptcy counsel. G&C attorneys have over seventy (70) years combined experience in the area of bankruptcy law. Less experienced attorneys would not have handled the matters herein as efficiently and as effectively. Due to the substantial time expended on behalf of the Debtors, G&C was precluded from accepting cases requiring extensive representation during the initial phase of these cases. G&C was able to accomplish a great deal directed towards aiding the Debtors its reorganization efforts. Considering the results obtained by G&C the amounts involved are fair and reasonable. This Court has reviewed and ruled upon numerous fee applications and is in a position to determine that the rates herein are reasonable.

## VIII. OBJECTIONS

Any objections this fee application should be submitted in writing filed with this Court and delivered to counsel for the Debtors (address below) on or before November 21, 2012.

## IX. CONCLUSION

WHEREFORE, Debtors RANDY C. CORBIN and KAREN CORBIN and their counsel request that this court enter an Order:

A. Determining that the legal services and fees incurred in this and prior fee petitions were necessary and reasonable;

B.  Allowing final compensation as counsel for the Debtors in the amount of $20,414.00 for fees incurred from May 4, 2012 to October 10, 2012 plus the costs of preparing this fee petition in the amount of $1,400.00 for a total of $21,814.00;

C.  Allowing reimbursement of out of pocket expenses in the amount of $534.55;

E.  Granting such other and further relief as this court may deem just and proper.

                              RANDY C. CORBIN and KAREN CORBIN,

                              By: /s/ *Robert R. Benjamin*
                                    Robert R. Benjamin

Robert R. Benjamin (ARDC # 00170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
70 W. Madison, Ste. 1500
Chicago, Illinois  60602
(312) 263-2300