UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )       BK No.:   11-48948
RANDY C. CORBIN and                             )
KAREN CORBIN                                    )
                                                )       Chapter: 11
                                                )       Honorable Eugene R. Wedoff
                                                )
                                                )
         Debtor(s)                              )

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
OF COUNSEL FOR DEBTOR**

THIS CAUSE COMING ON TO BE HEARD on motion by Debtors, RANDY C. CORBIN and KAREN CORBIN, and their counsel, Robert R. Benjamin and Beverly A. Berneman of GOLAN & CHRISTIE LLP (collectively referred to as "G&C"), for the entry of an final fee award, it appearing to the Court that counsel has requested compensation and reimbursement of expenses; and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A. G&C is ~~awarded~~ *allowed* compensation in the amount of $20,414.00 for fees incurred from May 4, 2012 to October 10, 2012 plus the fees incurred in preparing this fee petition in the amount of $1,400.00 for a total of $21,814.00.

B. G&C is allowed reimbursement of out of pocket expenses in the amount of $534.55.

C. The sums ~~awarded~~ *allowed* herein are in addition to the fees *and costs* in the amount of ~~$74,220.00 and the costs in the amount of $2,867.72~~ *$29,853.50* awarded pursuant to an interim order dated ~~March 7, 20~~ *Oct 10, 20*12 and ~~the sums awarded in the amount of $118,652.00 and the costs in the amount of $936.97 awarded pursuant to an interim order dated August 8, 20~~12 are hereby deemed necessary and reasonable and confirmed as a final fee award.

Enter: /s/ Eugene R. Wedoff

Dated: **28 NOV 2012**                            United States Bankruptcy Judge

Rev: 20120501_bko

**Prepared by:**
GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602