IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No.  11 B 48948** |
| **RANDY C. CORBIN and KAREN CORBIN,** | ) | **Honorable Eugene R. Wedoff** |
| | ) | **Motion Date: March 27, 2013** |
| **Debtors.** | ) | **Motion Time: 9:30 a.m.** |

## NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE THAT on March 27, 2013, at the hour of 9:30 a.m., a **MOTION FOR ENTRY OF FINAL DECREE** shall be heard by the Honorable Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois 60604, or any judge sitting in his stead.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

                              GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on March 20, 2013.


                              /s/*Robert R. Benjamin*
                              Robert R. Benjamin


GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

## SERVICE LIST

| | |
|---|---|
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604<br>Via Regular Mail | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604<br>Via Regular Mail |
| Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL  60606<br>Via Regular Mail | United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>Via Regular Mail |
| D. Patrick Mullarkey<br>Tax Division (DOJ)<br>PO Box 55<br>Ben Franklin Station<br>Washington, DC 20044<br> (*Contested Matters)<br>Via Regular Mail | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999<br>Via Regular Mail |
| MetLife Home Loans, a division of<br>MetLife Bank, N.A.<br>c/o Yanick Polycarpe, Toni Dillon<br>Pierce and Associates, P.C.<br>1 N. Dearborn St., Ste. 1300<br>Chicago, IL 60602<br>Via Regular Mail | Northbrook Bank & Trust<br>c/o Francis J. Pendergast, III<br>Crowley & Lamb<br>221 N. LaSalle Street, Suite 1550<br>Chicago, IL 60601-1206<br>Via Regular Mail |
| First Midwest Bank<br>c/o Kristine Kolky, Brianna Sansone,<br>Danica Werhand<br>Aronberg Goldgehn Davis & Garmisa<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611<br>Via Regular Mail | ONEWEST BANK, F.S.B.<br>c/o Andrew J. Nelson, Toni Dillon<br>Pierce & Associates, P.C.<br>1 N. Dearborn St., Ste. 1300<br>Chicago, IL 60602<br>Via Regular Mail |
| BB&T Mortgage Payment Center<br>PO Box 580022<br>Charlotte, NC 28258<br>Via Regular Mail | BB&T<br>PO Box 1847<br>Wilson, NC 27894<br>Via Regular Mail |

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145
Via Regular Mail

BJ's
Business Card Services
P.O. Box 23066
Columbus, GA 31902-3066
Via Regular Mail

Cook County Treasurer
118 N. Clark St., #112
Chicago, IL 60602
Via Regular Mail

Chase Card Services
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886
Via Regular Mail

Corbin Venture 2, LLC
5345 W. Madison
Chicago, IL 60644
Via Regular Mail

Corbin Venture 1, LLC
5345 W. Madison
Chicago, IL 60644
Via Regular Mail

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025
Via Regular Mail

Crowley & Lamb, P.C.
221 North LaSalle Street
Suite 1550
Chicago, IL 60601
Via Regular Mail

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605
Via Regular Mail

First Chicago Bank & Trust
1145 N. Arlington Heights Rd.
Itasca, IL 60143
Via Regular Mail

IndyMac Mortgage Services
P.O. Box 78826
Phoenix, AZ 85062
Via Regular Mail

Hoffman Burial Supplies, Inc.
PO Box 3742
Peoria, IL 61612
Via Regular Mail

John D. Randle
1841 Longfellow Ct.
Berkeley, IL 60163
Via Regular Mail

ING Direct USA
PO Box 60
Saint Cloud, MN 56302
Via Regular Mail

Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102
Via Regular Mail

Lake Forest Casket, Inc.
1208 W. Capitol Dr.
Addison, IL 60101
Via Regular Mail

Sallie Mae
PO Box 9435
Wilkes Barre, PA 18773
Via Regular Mail

Sears Credit Card
P.O. Box 183082
Columbus, OH 43218
Via Regular Mail

The Lakes Crematory
500 Park Ave., Ste. 106
Lake Villa, IL 60046
Via Regular Mail

Wells Fargo Bank N.A.
100 W. Washington Street
Phoenix, AZ 85003
Via Regular Mail

William A. Bronec, Ltd.
241 Lawton Rd.
Riverside, IL 60546
Via Regular Mail

Capital One, N.A.
PO Box 21887
Eagan, MN 55121
Via Regular Mail

Loyal Casket Company
134 S. California Ave.
Chicago, IL 60612
Via Regular Mail

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706
Via Regular Mail

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710
Via Regular Mail

Toyota Motor Credit Corporation
PO BOX 8026
Cedar Rapids, IA 52408-8026
Via Regular Mail

Capital One, N.A.
1 S. Orange St.
Wilmington, DE 19804
Via Regular Mail

Randy & Karen Corbin
1840 Longfellow Ct.
Berkeley, IL 60163
Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  11 B 48948 |
| **RANDY C. CORBIN and KAREN CORBIN,** | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: March 27, 2013 |
| **Debtors.** | ) | Motion Time: 9:30 a.m. |

**MOTION FOR ENTRY OF FINAL DECREE**

Debtors, RANDY C. CORBIN and KAREN CORBIN ("Debtors") and their attorneys, GOLAN & CHRISTIE LLP, move this Court for entry of an order of final decree and in support thereof state as follows:

1. On December 5, 2011, (the "Petition Date"), Debtors filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code. Debtors are individuals who are married to each other.

2. On October 10, 2012, the Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan.

3. Debtors disclosed in the Amended Disclosure Statement unsecured creditors would receive 13% of their claims in a Chapter 7 liquidation.

4. Debtors' confirmed Amended Plan provides for payment of 15% *pro rata* over six years to the allowed claims of unsecured creditors.

5. Debtors have made initial distributions on account of allowed claims to general unsecured creditors, all as is more fully set forth on the Distribution Report.

6. Pursuant to §1141(d)(5)(A) of the Bankruptcy Code, an individual Chapter 11 does not receive a discharge of any debt provided for in the plan until the court grants a discharge on

-1-

completion of all payments under the plan. However, judicial economy will not be served by keeping this case open until the six-year period for paying general unsecured claims has passed. In addition, the Debtors should not be required to make quarterly payments to the United States Trustee during the six-year period, in which no action will be required by the Debtor, the Court, or the United States Trustee.

7. The case should be closed in the interest of the Court and all parties, with leave to reopen the case upon completion of payments for the entry of a discharge.

WHEREFORE, Debtors, RANDY C. CORBIN and KAREN CORBIN, request that this Court direct the Clerk of the Court to close the case with leave to reopen the case without payment of a reopening fee for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or in the event it is necessary to exercise rights under §362, or otherwise as provided by Section 1141(d)(5).

        RANDY C. CORBIN and KAREN CORBIN,

        By: /s/*Robert R. Benjamin*
            Robert R. Benjamin

Robert R. Benjamin (ARDC # 00170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
70 W. Madison, Ste. 1500
Chicago, Illinois  60602
(312) 263-2300